**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7522**

---

GARY WOOD HEDGEPETH,

Plaintiff - Appellant,

versus

SCOTT W. OUTLAW; F. TIMBERLAKE; CITY OF
AHOSKIE; DANNY POWERS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-96-629)

---

Submitted: January 23, 1997          Decided: February 5, 1997

---

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gary Wood Hedgepeth, Appellant Pro Se. Larry S. Overton, OVERTON & CARTER, Ahoskie, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Wood Hedgepeth, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Hedgepeth v. Outlaw, No. CA-96-629 (E.D.N.C. Sept. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2